B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:08−bk−12784−RTB**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   YONCA BERBEROGLU
   aka YOGI BERBEROGLU
   4944 WEST NORTHERN AVENUE
   GLENDALE, AZ 85301

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5677

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                            BY THE COURT

Dated: 1/6/09                                  Redfield T. Baum Sr.
                                                  United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: admin              Page 1 of 1              Date Rcvd: Jan 06, 2009
Case: 08-12784                Form ID: b18             Total Served: 10

The following entities were served by first class mail on Jan 08, 2009.
db          +YONCA BERBEROGLU,    4944 WEST NORTHERN AVENUE,    GLENDALE, AZ 85301-1546
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
tr          +DIANE M. MANN,    29834 N. CAVE CREEK RD., #118-274,    CAVE CREEK, AZ 85331-5836
7587013     +CBC/AES/NCT,    1200 North 7th Street,    Harrisburg PA 17102-1419
7587015     +CITIBANK,    P. O. Box 6241,    Sioux Falls SD 57117-6241
7587017    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: FIFTH THIRD BANK,    5050 Kingsley Drive,    Cincinnati OH 45263)
7587018     +NELNET LNS,    P. O. Box 1649,    Denver CO 80201-1649

The following entities were served by electronic transmission on Jan 07, 2009.
tr          +EDI: QDMMANN.COM Jan 07 2009 01:43:00      DIANE M. MANN,    29834 N. CAVE CREEK RD., #118-274,
              CAVE CREEK, AZ 85331-5836
smg         +EDI: AZDEPREV.COM Jan 07 2009 01:43:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
7587014     +EDI: CHASE.COM Jan 07 2009 01:43:00      CHASE,    800 Brooksedge Blvd.,
              Westerville OH 43081-2822
7587015     +EDI: CITICORP.COM Jan 07 2009 01:43:00      CITIBANK,    P. O. Box 6241,
              Sioux Falls SD 57117-6241
7587016      EDI: DISCOVER.COM Jan 07 2009 01:43:00      DISCOVER FINANCIAL SERVICES,    P. O. Box 15316,
              Wilmington DE 19850
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2009**                                    **Signature:** _Joseph Speetjens_